UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 6:19-CR-23-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WYATT DALTON, and | ) | |
| CAITLYN EVANS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

*** *** *** ***

After conducting proceedings under Rule 11, *see* DE 42 & 46 (Minute Entries), Judge Atkins recommended that the undersigned accept Defendants Dalton and Evans's guilty pleas and adjudge Defendants guilty of the lone Indictment count. *See* DE 43 (Dalton Recommendation); DE 47 (Evans Recommendation); *see also* DE 45 & 49 (Plea Agreements). Judge Atkins expressly informed Defendants of their right to object to these recommendations and to secure de novo review from the undersigned. *See* DE 43 at 2–3; DE 47 at 2–3. The established, 3-day objection deadlines have passed, and no party has objected.[1]

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also United States v. Walters*, 638 F.2d

---

[1] Dalton responded to DE 43, affirmatively stating that he does not object to guilty plea acceptance (as recommended in DE 43 ¶¶ 1–5) but noting that "he reserves the right to appeal his sentence on any issues other than those five enumerated." DE 50. Though not entirely clear, it appears Dalton refers to the five enumerated DE 43 paragraphs. Dalton's plea agreement governs Dalton's general direct/collateral appellate rights. *See* DE 45 ¶ 8.

1

947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)-(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 43, **ACCEPTS** Dalton's guilty plea, and **ADJUDGES** him guilty of the lone Indictment count;

2. The Court **ADOPTS** DE 47, **ACCEPTS** Evans's guilty plea, and **ADJUDGES** her guilty of the lone Indictment count;

3. The Court **CANCELS** the jury trial in this matter; and

4. The Court will issue separate sentencing orders.[2]

This the 9th day of September, 2019.

Signed By:
Robert E. Wier
United States District Judge

---

[2] At the hearings, Judge Atkins remanded Defendants to USMS custody. *See* DE 42 at 2; DE 46 at 2. The Court, thus, need not further address detention, at this time.